```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

    -v.-                          :     NOLLE PROSEQUI

ALEJANDRO SALVADOR OROZCO,        :     07 Cr. 897 (AKH)

                Defendant.        :

- - - - - - - - - - - - - - - - - - -X

    1.   The filing of this nolle prosequi will dispose of this case against ALEJANDRO SALVADOR OROZCO, the defendant.

    2.   On September 24, 2007, the Indictment in this case was filed, charging ALEJANDRO SALVADOR OROZCO, the defendant, with conspiring to traffic in cocaine, in violation of Title 21, United States Code, Section 846.

    3.   Based on a review of the evidence in this case and information pertaining to this defendant acquired subsequent to the filing of the Indictment, the Government has concluded that further prosecution of ALEJANDRO SALVADOR OROZCO would not be in the interests of justice.

4. In light of the foregoing, we recommend that an order of nolle prosequi be filed as to defendant ALEJANDRO SALVADOR OROZCO with respect to the Indictment.

                                    _____
                                    Todd Blanche
                                    Assistant United States Attorney
                                    Tel.: (212) 637-2494

Dated:  New York, New York
        September 5, 2008

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant ALEJANDRO SALVADOR OROZCO with respect to Indictment 08 Cr. 897 (AKH).

                                    _____
                                    MICHAEL J. GARCIA
                                    United States Attorney
                                    Southern District of New York

Dated:  New York, New York
        September 9, 2008

SO ORDERED:

                                    _____
                                    HON. Alvin K. Hellerstein
                                    United States District Judge
                                    Southern District of New York

Dated:  New York, New York
        September 11, 2008

2