```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA                               :
                                                       :        **ORDER**
                                                       :
          -against-                                    :
                                                       :        07 Cr. 897(AKH)
Alejandro Salvador Orozco                              :
                                                       :
                              Defendant.               :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Having granted a nolle prosequi this afternoon defendant Alejandro Salvador Orozco, may be released from custody. The United States Marshals are hereby ordered to release defendant Alejandro Salvador Orozco from custody.

      SO ORDERED.

Dated:    September 11, 2008
              New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge